# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUBEN MATADAMAS-SERRANO,
Petitioner,
vs.
CLARK COUNTY PUBLIC
DEFENDER'S OFFICE,
Respondent.

No. 84988

FILED

AUG 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus challenges a district court order denying petitioner's motion to dismiss counsel. Petitioner has failed to include with his petition necessary documentation supporting his request for relief. NRAP 21(a)(4) (petitioner must provide all documents essential to understand the matters set forth in the petition); NRAP 21(c) (petitions for extraordinary writs shall to the extent practicable conform to NRAP 21(a)). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc: Hon. Jerry A. Wiese, Chief Judge
Ruben Matadamas-Serrano
Clark County Public Defender
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

22-24475